**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 353 WAL 2019

               Respondent                 :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

                v.                        :

                                         :

DAEVON DONTA PLOWDEN,            :

               Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.